# U.S. District Court

## California Northern - San Francisco

Receipt Date: Jun 11, 2026 11:54AM

PXG Associates Co.
1360 Valley Vista Dr. Ste#102
Diamond Bar, CA 91765

Rcpt. No: 311176943 Trans. Date: Jun 11, 2026 11:54AM Cashier ID: #MH (7320)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #2275 | 06/8/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 3:26-cv-05646 TSH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.