UNITED POSTAL

- Expected delivery date spe
- Domestic shipments include
- USPS Tracking® service inc
- Limited international insura
- When used internationally,

*Insurance does not cover certain ite
Domestic Mail Manual at http://pe.us
** See International Mail Manual at ht

FLAT RATE E
ONE RATE ■ ANY WEIGH

TRACKED ■ IN

PS00001142500

P

US POSTAGE IMI 966061013091508 2000393869
$13.90
SSK
PM
10/13/26 Mailed from 91765 028W2311555

PRIORITY MAIL®

YEFENG WANG
2199 PAPPAS PL
HAYWARD CA 94542-2369

5.00 oz
RDC 03

EXPECTED DELIVERY DAY: 10/15/26

C017

SHIP TO:

US DISTRICT COURT CLERK'S OFFICE
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING® NUMBER

9505 5066 3036 6286 6499 02

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM:

Yefeng Wang
2199 Pappas Pl
Hayward, CA 94542

RECEIVED
OCT 16 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TO:

Clerk's Office
United States District Court
450 Golden Gate Ave, 16th Fl
San Francisco, CA 94102-3489

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in ... Misuses may be a violation of federal law. This package is not for ...

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL®




Freedom 250

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.